# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Jackson, Jr.,, Stephen B. | United States District Court, Southern District of Iowa | 11/12/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| United States Magistrate Judge (full-time) | ☐ Nomination Date <br> ☐ Initial ☑ Annual ☐ Final <br><br> 5b. ☑ Amended Report | 01/01/2019 **to** 12/31/2019 |

**7. Chambers or Office Address**

United States Courthouse
131 E. 4th Street
Davenport, IA 52801

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2010 | State of Iowa Judicial Retirement System, defined benefit pension, no control |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jackson, Jr.,, Stephen B. | 11/12/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2019 | Self-employed professional organizer |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑  NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐  NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. U.S. Bank | Mortgage on vacation/rental property, ▒▒▒▒ (Part VII, Line 1) | M |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jackson, Jr.,, Stephen B. | 11/12/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period<br><br>(1)<br>Amount<br>Code 1<br>(A-H) | <br><br><br>(2)<br>Type (e g ,<br>div , rent,<br>or int ) | C<br>Gross value at end<br>of reporting period<br>(1)<br>Value<br>Code 2<br>(J-P) | <br><br>(2)<br>Value<br>Method<br>Code 3<br>(Q-W) | D<br>Transactions during reporting period<br>(1)<br>Type (e g ,<br>buy, sell,<br>redemption) | <br><br>(2)<br>Date<br>mm/dd/yy | <br><br>(3)<br>Value<br>Code 2<br>(J-P) | <br><br>(4)<br>Gain<br>Code 1<br>(A-H) | <br><br>(5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. Vacation/rental property, ▓▓▓ ▓▓▓ (2013 $217,000) | D | Rent | M | R | | | | | |
| 2. U.S. Bank Accounts | A | Interest | K | T | | | | | |
| 3. IRA #1 (H) | | | | | | | | | |
| 4. - iShares MSCI Equal Weighted ETF | A | Dividend | K | T | Buy (add'l) | 10/03/19 | J | | |
| 5. - iShares US Treasury Bond ETF | A | Dividend | L | T | Buy (add'l) | 01/24/19 | J | | |
| 6. | | | | | Buy (add'l) | 04/11/19 | K | | |
| 7. | | | | | Buy (add'l) | 07/05/19 | J | | |
| 8. | | | | | Buy (add'l) | 10/03/19 | J | | |
| 9. | | | | | Buy (add'l) | 12/23/19 | J | | |
| 10. - iShares Short Maturity Bond ETF | A | Dividend | | | Sold (part) | 01/22/19 | J | | |
| 11. | | | | | Sold (part) | 04/11/19 | J | A | |
| 12. | | | | | Sold (part) | 07/05/19 | J | A | |
| 13. | | | | | Sold | 10/03/19 | J | A | |
| 14. - iShares MSCI USA Quality ETF | A | Dividend | K | T | | | | | |
| 15. - iShares MSCI USA Value ETF | A | Dividend | K | T | Sold (part) | 12/23/19 | J | A | |
| 16. - iShares MSCI USA Momentum ETF | A | Dividend | K | T | Sold (part) | 04/11/19 | J | | |
| 17. - iShares MSCI Emerging Markets ETF | A | Dividend | K | T | Buy (add'l) | 12/23/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jackson, Jr.,, Stephen B. | 11/12/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - iShares Investment Grade Bond ETF | B | Dividend | K | T | Buy (add'l) | 01/23/19 | J | | |
| 19. | | | | | Sold (part) | 07/05/19 | J | A | |
| 20. | | | | | Sold (part) | 10/03/19 | J | A | |
| 21. - iShares US Fixed Income ETF | A | Dividend | | | Sold | 01/22/19 | K | | |
| 22. - iShares JP Morgan Emerging Markets Bond ETF | A | Dividend | | | Sold | 04/11/19 | J | A | |
| 23. - iShares MSCI International ETF | A | Distribution | K | T | Buy (add'l) | 01/22/19 | J | | |
| 24. | | | | | Buy (add'l) | 07/05/19 | J | | |
| 25. - iShares MSCI USA Small Cap ETF | A | Dividend | J | T | Sold (part) | 04/11/19 | J | | |
| 26. - iShares Trust Mortgage Backed Securities ETF | A | Dividend | K | T | Buy | 04/11/19 | J | | |
| 27. | | | | | Buy (add'l) | 07/05/19 | J | | |
| 28. - TD Ameritrade FDIC Insured Deposit Account - cash | A | Dividend | J | T | | | | | |
| 29. IRA #2 (H) | | | | | | | | | |
| 30. - iShares MSCI Equal Weighted ETF | A | Dividend | J | T | Buy (add'l) | 10/03/19 | J | | |
| 31. - iShares US Treasury Bond ETF | A | Dividend | K | T | Buy (add'l) | 01/24/19 | J | | |
| 32. | | | | | Buy (add'l) | 04/11/19 | J | | |
| 33. | | | | | Buy (add'l) | 07/05/19 | J | | |
| 34. | | | | | Buy (add'l) | 10/03/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jackson, Jr.,, Stephen B. | 11/12/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - iShares Short Maturity Bond ETF | A | Dividend | | | Sold (part) | 01/22/19 | J | | |
| 36. | | | | | Sold (part) | 04/11/19 | J | A | |
| 37. | | | | | Sold (part) | 07/05/19 | J | A | |
| 38. | | | | | Sold | 10/03/19 | J | A | |
| 39. - iShares MSCI USA Quality ETF | A | Dividend | K | T | | | | | |
| 40. - iShares MSCI USA Value ETF | A | Dividend | K | T | | | | | |
| 41. - iShares MSCI USA Momentum ETF | A | Dividend | K | T | Sold (part) | 04/11/19 | J | | |
| 42. - iShares MSCI Emerging Markets ETF | A | Dividend | J | T | | | | | |
| 43. - iShares Investment Grade Bond ETF | A | Dividend | J | T | Buy (add'l) | 01/23/19 | J | | |
| 44. | | | | | Sold (part) | 07/05/19 | J | A | |
| 45. | | | | | Sold (part) | 10/03/19 | J | A | |
| 46. - iShares US Fixed Income ETF | A | Dividend | | | Sold | 01/22/19 | J | | |
| 47. - iShares JP Morgan Emerging Markets Bond ETF | A | Dividend | | | Sold | 04/11/19 | J | A | |
| 48. - iShares MSCI International ETF | A | Dividend | J | T | Buy (add'l) | 01/22/19 | J | | |
| 49. | | | | | Buy (add'l) | 07/05/19 | J | | |
| 50. - iShares MSCI USA Small Cap ETF | A | Dividend | J | T | Sold (part) | 04/11/19 | J | | |
| 51. - iShares Trust Mortgage Backed Securities ETF | A | Dividend | J | T | Buy | 04/11/19 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jackson, Jr.,, Stephen B. | 11/12/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Buy (add'l) | 07/05/19 | J | | |
| 53. - TD Ameritrade FDIC Insured Deposit Account - cash | A | Dividend | J | T | | | | | |
| 54. IRA #3 (H) | | | | | | | | | |
| 55. - iShares MSCI Equal Weighted ETF | A | Dividend | J | T | | | | | |
| 56. - iShares US Treasury Bond ETF | A | Dividend | J | T | Buy | 01/24/19 | J | | |
| 57. | | | | | Buy (add'l) | 04/11/19 | J | | |
| 58. - iShares Short Maturity Bond ETF | A | Dividend | | | Sold (part) | 01/22/19 | J | | |
| 59. | | | | | Sold | 10/03/19 | J | A | |
| 60. - iShares MSCI USA Quality ETF | A | Dividend | J | T | | | | | |
| 61. - iShares MSCI USA Value ETF | A | Dividend | J | T | | | | | |
| 62. - iShares MSCI USA Momentum ETF | A | Dividend | J | T | | | | | |
| 63. - iShares MSCI Emerging Markets ETF | A | Dividend | J | T | | | | | |
| 64. - iShares Investment Grade Bond ETF | A | Dividend | | | Sold | 07/05/19 | J | A | |
| 65. - iShares MSCI International ETF | A | Dividend | J | T | Buy (add'l) | 01/22/19 | J | | |
| 66. - iShares MSCI USA Small Cap ETF | A | Dividend | J | T | | | | | |
| 67. - iShares Trust Mortgage Backed Securities ETF | A | Dividend | J | T | Buy | 07/05/19 | J | | |
| 68. - TD Ameritrade FDIC Insured Deposit Account - cash (X) | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jackson, Jr.,, Stephen B. | 11/12/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. TIAA CREF 457(b) (H) | | | | | | | | | |
| 70. - TIAA CREF Lifecycle 2030 | A | Dividend | J | T | | | | | |
| 71. TIAA CREF 401(a) (H) | | | | | | | | | |
| 72. - TIAA CREF S&P 500 Index | A | Dividend | J | T | | | | | |
| 73. 529 Plan #1 (H) | | | | | | | | | |
| 74. - BlackRock Aggressive Growth - A | A | Dividend | J | T | | | | | |
| 75. - BlackRock College Enrollment - A | A | Dividend | J | T | | | | | |
| 76. 529 Plan #2 (H) | | | | | | | | | |
| 77. - American Funds U.S. Gov't Money Market | A | Dividend | | | Sold (part) | 07/11/19 | J | | |
| 78. | | | | | Sold (part) | 07/11/19 | K | | |
| 79. | | | | | Sold (part) | 12/09/19 | J | | |
| 80. | | | | | Sold | 12/09/19 | J | | |
| 81. 529 Plan #3 (H) | | | | | | | | | |
| 82. -Ohio Tuition Trust Fifth Third Cash Account | A | Int./Div. | | | Sold | 12/09/19 | K | | |
| 83. Trust #1 (Beneficiary) (H) | | | | | | | | | |
| 84. - Lincoln Universal Life Insurance | B | Interest | K | T | | | | | |
| 85. Trust #2 (Beneficiary) (H) | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jackson, Jr.,, Stephen B. | 11/12/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86.   - Transamerica Universal Life Insurance | C | Interest | M | T | | | | | |
| 87.   Investment Account (H) | | | | | | | | | |
| 88.   - DFA Global Alloc. 60/40 | A | Dividend | J | T | | | | | |
| 89.   - iShares Russell 1000 ETF | A | Dividend | J | T | Buy (add'l) | 12/05/19 | J | | |
| 90. | | | | | | | | | |
| 91. | | | | | | | | | |
| 92. | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jackson, Jr.,, Stephen B. | 11/12/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Section VII - Investments and Trusts:

ETF is abbreviation for Exchange Traded Funds

DFA is abbreviation for Dimensional Fund Advisors

MSCI is abbreviation for Morgan Stanley Composite Index

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Stephen B. Jackson, Jr.,**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544